UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

Kasim Crawford,
                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -mag- 7843   ( )( )

Defendant Kasim Crawford hereby voluntarily consents to participate in the following proceeding via __x_ videoconferencing or __x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

_/s/ Kasim Crawford_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Kasim Crawford
Print Defendant's Name

_____
Defendant's Counsel's Signature

Marne L. Lenox
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/28/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge